IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAPHKAR B. ETIENNE,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-4475 |
| | : | |
| **MICHAEL LAPEENESSE,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 3rd day of October, 2025, upon consideration of Plaintiff Daphkar B. Etienne's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2),

**IT IS HEREBY ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons in the Court's Memorandum as follows:

    a. Etienne's federal claims are **DISMISSED WITH PREJUDICE** on the merits.

    b. Etienne's state claims are **DISMISSED** for lack of jurisdiction without prejudice to Etienne reasserting those claims in state court. He may not file an amended complaint in this case.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
**United States District Court Judge**